IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| AKRAM IBIN FAREED, #214664, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO.  2:11-CV-220-ID |
| v. | ) | |
| | ) | (WO) |
| STATE OF ALABAMA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# O R D E R

Before the court are the Recommendation of the Magistrate Judge, (Doc. #5), and

Plaintiff's Objection, (Doc. #7).  Having conducted a *de novo* determination of those

portions of the Recommendation to which objections are made, it is CONSIDERED and

ORDERED as follows:

1.     Plaintiff's Objection (Doc. #7) be and the same is hereby OVERRULED;

2.     The Recommendation of the Magistrate Judge (Doc. #5) be and the same is

        hereby ADOPTED, APPROVED and AFFIRMED;

3.     This case be and the same is hereby DISMISSED with prejudice prior to

        service of process pursuant to the provisions of 28 U.S.C. §

        1915(e)(2)(B)(i) and (ii).

DONE this the 10th day of May, 2011.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE