IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AKRAM IBIN FAREED, #214664, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.  2:11-CV-220-ID |
| v. ) | |
| ) | (WO) |
| STATE OF ALABAMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the court, it is CONSIDERED, ORDERED and ADJUDGED that judgment be and the same is hereby entered in favor of Defendants, and against Plaintiff Akram Ibin Fareed, and that Plaintiff take nothing by his said suit.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 10th day of May, 2011.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE